

# INVOICE

Invoice # 9229
Date: 07/14/2026
Due On: 08/13/2026

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Christopher Michael Johnsen

## 04938-Johnsen Christopher Michael

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | TR | 01/25/2024 | Draft fee application, notice and proposed order | 0.30 | $360.00 | $108.00 |
| Service | JC | 01/25/2024 | Reviewed memo from TR with attached Application for Compensation, Proposed Order, and Invoice; prepared all for filing with the Court. | 0.10 | $0.00 | $0.00 |
| Service | TR | 01/28/2024 | Review: 23-01829-JAW Order on Application for Compensation Document #29 | 0.10 | $360.00 | $36.00 |
| Service | JC | 03/03/2024 | Reviewed e-mail from debtor regarding trustee changing and inquiring about wage order; drafted reply that the trustee will handle the wage order. | 0.10 | $155.00 | $15.50 |
| Service | TR | 03/29/2024 | Review: 23-01829-JAW Chapter 13 Trustee Report and Account of Prior Administration of Case Document# 31 | 0.10 | $0.00 | $0.00 |
| Service | JC | 09/25/2024 | Contact Debtor (Text/Email): Reviewed e-mail from debtor inquiring the process and effect of BK if he moves or obtains new employment; drafted reply informing what information he will need to send to KAR if any of the two changes are made. | 0.10 | $155.00 | $15.50 |
| Service | JC | 11/13/2024 | Contact Debtor (Text/Email): Reviewed e-mail from debtor informing he will be having surgery and out of work for two weeks and inquiring about his payments; | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | reviewed trustee's site - payments are made by wage order; drafted reply informing since it is less than a month, I suggest he send in extra when he gets back to work to catch up; provided trustee's mailing address. | | | |
| Service | JC | 11/14/2024 | Contact Debtor (Text/Email): Reviewed e-mail from debtor inquiring if it is okay to move to a new apartment; drafted reply informing as long as he does not take out a loan, it is fine. | 0.10 | $155.00 | $15.50 |
| Service | BM | 12/05/2024 | Review email from debtor: Received email from debtor requesting mailing information to mail a plan payment, provided him with Trustee Martin's mailing address. | 0.10 | $155.00 | $15.50 |
| Service | JC | 01/13/2025 | Contact Debtor (Text/Email): Reviewed e-mail from debtor informing he will be moving next month and providing his new address; drafted reply inquiring when next month so I will not make the change too early; provided KAR's correct e-mail address as his e-mail to her was rejected. | 0.10 | $0.00 | $0.00 |
| Service | JC | 01/13/2025 | Reviewed e-mail from debtor informing his change of address goes into effect on February 14. | 0.10 | $155.00 | $15.50 |
| Service | JC | 02/12/2025 | Reviewed contact information in case file and added new address; reviewed Pacer for address on file; drafted Notice of Change of Address; prepared for filing with the Court. | 0.20 | $155.00 | $31.00 |
| Service | JC | 09/19/2025 | Contact Debtor (Text/Email): Reviewed e-mail from debtor informing employer didn't withhold his payment this month so he is mailing it himself; drafted reply regarding same. | 0.10 | $155.00 | $15.50 |
| Service | JC | 10/06/2025 | Contact Debtor (Text/Email): Reviewed e-mail from debtor informing he was in a car accident and inquiring about a replacement vehicle; drafted reply requesting details of the accident, explaining that all funds received must go through the bankruptcy, and explaining process of incurring debt and attaching expense form to update and | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | return along with 2 months of pay advices for everyone in the household. | | | |
| Service | JC | 10/15/2025 | Drafted e-mail to debtor following up on information on his car accident. | 0.10 | $155.00 | $15.50 |
| Service | JC | 10/16/2025 | Review and respond to email memo: Reviewed three e-mails from debtor providing repair estimate and police report and informing his vehicle was not totaled and he is waiting on the repair shop to finish the repairs; drafted reply informing we still need the specifics on the accident , that once he has the claim settlement amount from the insurance company, to please let me know, and that the insurance funds must be approved by the trustee before any of the money is used. | 0.20 | $155.00 | $31.00 |
| Service | JC | 10/17/2025 | Reviewed State Farm insurance card provided by debtor via e-mail; organized in case file. | 0.10 | $155.00 | $15.50 |
| Service | JC | 10/17/2025 | Contact Debtor (Text/Email): Reviewed e-mail from debtor informing he will not receive any funds personally, as the insurance company handles all the repair cost on their own. | 0.10 | $155.00 | $15.50 |
| Service | JC | 10/17/2025 | Review and respond to email memo: Reviewed e-mail from debtor inquiring if he has to have approval if the insurance company is paying directly the the auto repair shop; drafted reply informing he does not need approval if he is not receiving money and inquiring about accident details. | 0.10 | $155.00 | $15.50 |
| Service | JC | 10/20/2025 | Review and respond to email memo: Reviewed e-mail from debtor informing the other party in the accident hit his vehicle, that he was not seriously injured but went to the ER for an x-ray; he informed he filed a PI claim against the other party's insurance; drafted reply requesting attorney's name representing him in the PI claim, and the name of the insurance company and claim number with whom he filed the claim. | 0.10 | $155.00 | $15.50 |
| Service | JC | 10/23/2025 | Called Swartz and associates; gave details of claim to receptionist and | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | was transferred once she found the claim; left message for Jamie for a return call. | | | |
| Service | JC | 10/23/2025 | Call Debtor: Called debtor, discussed that the auto accident was deemed his fault; his insurance is paying directly to the repair shop.<br><br>His claim with Swartz is a PI claim from an accident he had last year; he fell in his bathroom and broke his hip; he said he has not heard from Swartz in 6 months. Discussed the accident and that any settlement must go through his bankruptcy; discussed letting me know of any activity with the claim. | 0.30 | $155.00 | $46.50 |
| Service | JC | 10/30/2025 | Called Swartz and associates regarding PI claim; left message for Jamie requesting a call back. | 0.10 | $155.00 | $15.50 |
| Service | JC | 11/03/2025 | Called Swartz & Associates and spoke with Jamie; informed him that debtor is in active bankruptcy and any settlement funds would need to go through his bankruptcy; discussed the accident and claim; he said they are still investigating the PI claim for the auto accident; debtor informed me that he is probably dropping the claim since he was deemed to be at fault; Jamie informed that Adrianne Akins is handling the slip-and-fall claim; provided claim numbers for both cases. | 0.30 | $155.00 | $46.50 |
| Service | JC | 11/03/2025 | Called Swartz & Associates and spoke with Lake regarding debtor's slip-and-fall case; she said the case was terminated on July 31, 2025, as there was no police report and no proof of the accident - the insurance company denied the claim for no proof of liability. | 0.20 | $155.00 | $31.00 |
| Service | JC | 11/05/2025 | Contact Debtor (Text/Email): Reviewed e-mail from debtor inquiring if he has to have approval for an HSA; drafted reply to debtor informing as long as it is a savings account and not a loan, he does not need approval. | 0.10 | $155.00 | $15.50 |
| Service | JC | 11/19/2025 | Call Debtor: Called debtor, left voicemail, drafted text message to debtor to find out if he has an update | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | on his PI claim for his auto accident. | | | |
| Service | JC | 11/19/2025 | Incoming Call: Telephone call from debtor informing his slip and fall and PI claim for auto accident have both been terminated. | 0.10 | $155.00 | $15.50 |
| Service | CO | 02/12/2026 | Reviewed email from debtor asking if he can open an Apple Cash account. Drafted email to debtor advising he can but to remember he cannot open a line of credit or borrow money. | 0.10 | $100.00 | $10.00 |
| Service | JC | 02/19/2026 | Review and respond to email memo: Reviewed e-mail from debtor informing he is getting married later this year and inquiring if he needs to do anything; drafted reply informing he does not need to do anything other than tell us. | 0.10 | $155.00 | $15.50 |
| Service | TR | 07/13/2026 | Review and revise itemizations | 0.10 | $360.00 | $36.00 |
| Service | JC | 07/14/2026 | Draft Fee Application, Notice and Proposed roder: Reviewed 1st and 2nd Applications, Orders, and Invoices filed in case; entered information into Lodestar Analysis spreadsheet and Exhibit B; reviewed trustee's site to determine amount of attorney's fees paid to date; reviewed activities in case; began drafting 2nd Application for Compensation, Notice, Affidavit, and proposed Order. | 0.50 | $155.00 | $77.50 |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Thomas Rollins | | Attorney | 0.5 | $360.00 | $180.00 |
| Thomas Rollins | | Attorney | 0.1 | $0.00 | $0.00 |
| Jacki Curry | | Non-Attorney | 3.8 | $155.00 | $589.00 |
| Jacki Curry | | Non-Attorney | 0.2 | $0.00 | $0.00 |
| Breanne McDaniel | | Non-Attorney | 0.1 | $155.00 | $15.50 |
| Clara Ortega | | Non-Attorney | 0.1 | $100.00 | $10.00 |
| | | | | **Subtotal** | **$794.50** |
| | | | | **Total** | **$794.50** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5350 | 10/25/2023 | $2,525.74 | $0.00 | $2,525.74 |
| 5890 | 02/24/2024 | $634.23 | $0.00 | $634.23 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 9229 | 08/13/2026 | $794.50 | $0.00 | $794.50 |

|  |  |  | **Outstanding Balance** | **$3,954.47** |
|---|---|---|---|---|
|  |  |  | **Total Amount Outstanding** | **$3,954.47** |