**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Christopher Michael Johnsen                    Case No. 23-01829-JAW
          , Debtor                                              CHAPTER 13

### THIRD ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---|---|---|---|---|
| $2,500.00 | $25.74 | $2,525.74 | 24 | 10/20/2023 |
| $572.00 | $62.23 | $634.23 | 29 | 01/26/2024 |
| $794.50 | $0.00 | $794.50 | n/a | n/a |
| $3,866.50 | $87.97 | $3,954.47 | | |



ROLLINS
LAW FIRM

# INVOICE

Invoice # 5350
Date: 09/25/2023
Due On: 10/25/2023

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Christopher Michael Johnsen
1045 Flynt Dr Apt D2
Flowood, MS 39232

## 04938-Johnsen Christopher Michael

## Ch 13 - Christopher

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | JC | 06/23/2023 | Telephone conference with debtor to obtain Social Security number; reviewed credit report and selected debts to import/exclude; drafted e-mail to debtor attaching credit report for his review and reference | 0.20 | $150.00 | $30.00 |
| Service | JC | 06/23/2023 | Telephone conference with debtor to obtain correct e-mail address; e-mail was returned with unknown e-mail address | 0.10 | $150.00 | $15.00 |
| Service | JAC | 06/28/2023 | Harvesting Docs - review taxes, bank, GIP, DL_SS, pay | 0.30 | $350.00 | $105.00 |
| Service | BM | 06/30/2023 | drafted email to client re: missing paperwork | 0.10 | $100.00 | $10.00 |
| Service | JC | 07/07/2023 | Telephone call from debtor regarding documents needed | 0.10 | $150.00 | $15.00 |
| Service | JC | 07/17/2023 | Telephone call from debtor regarding letter received from IRS | 0.10 | $150.00 | $15.00 |
| Service | JC | 07/17/2023 | Drafted text message to debtor requesting June pay stubs | 0.10 | $150.00 | $15.00 |
| Service | JC | 07/18/2023 | Telephone call from debtor inquiring if I received his e-mails; reviewed e-mails and confirmed receipt | 0.10 | $150.00 | $15.00 |
| Service | JC | 07/18/2023 | Telephone conference with debtor informing he sent duplicate bank statements and what I need is pay slips | 0.10 | $150.00 | $15.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JC | 07/20/2023 | Reviewed pay slips submitted by debtor; organized in case file for attorney's review | 0.10 | $150.00 | $15.00 |
| Service | JAC | 07/24/2023 | - Draft and send email for debtor to review matrix and ensure all debts are listed | 0.20 | $350.00 | $70.00 |
| Service | JAC | 07/24/2023 | - Prepare matrix for debtor to review | 0.10 | $350.00 | $35.00 |
| Service | JAC | 07/24/2023 | Input Case - prepare petition, research social security number on PACER, review and select debts to import from CR, add debts in GIP not on CR | 0.20 | $350.00 | $70.00 |
| Service | KR | 07/25/2023 | Contact Debtor: Telephone conference with debtor about the email he sent to Jacki about the changes to the Matrix. Drafted email memo to JC re: Matrix | 0.10 | $150.00 | $15.00 |
| Service | JC | 07/31/2023 | Reviewed e-mail from debtor regarding IRS debt; reviewed bill regarding same; drafted memo to JAC to add to bankruptcy | 0.10 | $150.00 | $15.00 |
| Service | JC | 07/31/2023 | Reviewed e-mail from debtor regarding American express credit card and Tower Loan account; drafted memo to JAC regarding same | 0.10 | $150.00 | $15.00 |
| Service | JC | 07/31/2023 | Reviewed pay stubs and bank statements submitted by debtor in 4 different e-mails in jpeg format; converted all to pdf; organized in case file for attorney's review | 0.20 | $150.00 | $30.00 |
| Service | JC | 08/01/2023 | Reviewed memo from JAC regarding how Tower Loan was paid off; drafted e-mail to debtor inquiring about same | 0.10 | $150.00 | $15.00 |
| Service | JAC | 08/01/2023 | Update Debts | 0.10 | $350.00 | $35.00 |
| Service | JAC | 08/01/2023 | Input Case - prepare schedules, SOFA. Calculate income for MT, I. Calculate plan payment | 0.50 | $350.00 | $175.00 |
| Service | JC | 08/04/2023 | Telephone call from debtor regarding documents needed | 0.10 | $150.00 | $15.00 |
| Service | JC | 08/04/2023 | Reviewed Tower Loan statement submitted by debtor | 0.10 | $150.00 | $15.00 |
| Service | JC | 08/06/2023 | Reviewed bank statement submitted by debtor; organized in case file for attorney's review | 0.10 | $150.00 | $15.00 |
| Service | JAC | 08/09/2023 | Prepare Signing DOcs | 0.20 | $350.00 | $70.00 |
| Service | TR | 08/10/2023 | Conference w/ client to review and sign initial papers | 0.50 | $350.00 | $175.00 |
| Service | TR | 08/11/2023 | Review: 23-01829-JAW Meeting of | 0.20 | $350.00 | $70.00 |

| | | | Creditors Chapter 13 Document# 9 | | | |
|---|---|---|---|---|---|---|
| Service | JC | 08/11/2023 | Drafted bankruptcy plan payments and other information letter (Yellow Page); drafted e-mail to debtor attaching same | 0.10 | $150.00 | $15.00 |
| Service | JC | 08/14/2023 | Reviewed e-mail from debtor requesting online bill pay information; drafted reply attaching same | 0.10 | $150.00 | $15.00 |
| Service | JAC | 08/14/2023 | Prepare notice of filing plan, review plan to determine creditors in 3.2/3.4, research registered agents for notice | 0.30 | $350.00 | $105.00 |
| Expense | KC | 08/14/2023 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $13.68 | $13.68 |
| Expense | KC | 08/14/2023 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $12.06 | $12.06 |
| Service | TR | 08/14/2023 | Review: 23-01829-JAW Order Upon Employer Directing Deductions from Pay Document #12 | 0.10 | $350.00 | $35.00 |
| Service | KR | 08/15/2023 | Contact Debtor: Telephone conference with debtor; called told him that the attorney reviewed and since the 401k is listed in the schedules he is fine; he was relieved. | 0.10 | $150.00 | $15.00 |
| Service | JC | 08/16/2023 | Reviewed e-mail from debtor asking for his trustee's name; drafted replied giving same | 0.10 | $150.00 | $15.00 |
| Service | TR | 08/16/2023 | Review: Proof of Claim 23-01829-JAW Internal Revenue Servi Document # 1 | 0.20 | $350.00 | $70.00 |
| Service | TR | 08/16/2023 | Review: Proof of Claim 23-01829-JAW Discover Bank Document # 2 | 0.10 | $350.00 | $35.00 |
| Service | JC | 08/17/2023 | Reviewed Meeting of Creditors to determine debtor's trustee; reviewed Schedule B for all bank accounts; reviewed and organized documents required by trustee for meeting of creditors including bank statements, tax returns, pay advice, and copy of driver's license and Social Security card; drafted e-mail to debtor requesting additional bank and pay | 0.40 | $150.00 | $60.00 |
| Service | JC | 08/17/2023 | Reviewed Notice of Meeting of Creditors attached to debtor's e-mail and inquiring what it was; drafted reply to hold on to it as it contains number and passcode for MOC | 0.10 | $150.00 | $15.00 |
| Service | JC | 08/18/2023 | Reviewed e-mail from debtor inquiring if he needs to come to the office for 341; drafted reply that it is a phone conference | 0.10 | $150.00 | $15.00 |
| Service | JC | 08/21/2023 | Reviewed bank statements submitted by | 0.20 | $150.00 | $30.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | debtor for Meeting of Creditors; drafted e-mail to debtor requesting additional bank statements and pay stubs | | | |
| Service | TR | 08/22/2023 | Review: Proof of Claim 23-01829-JAW TD Retail Card Services Document # 3 | 0.10 | $350.00 | $35.00 |
| Service | JC | 08/23/2023 | Reviewed pay stub; drafted email to debtor requesting Cash App statement | 0.10 | $150.00 | $15.00 |
| Service | JC | 08/23/2023 | Reviewed e-mail from debtor informing he will not have a Cash App statement until the end of the month; replied to take a screenshot of activity | 0.10 | $150.00 | $15.00 |
| Service | JC | 08/25/2023 | Reviewed several e-mails from debtor attaching bank and pay - all in jpeg format; converted to pdf and organized to send to trustee; drafted reply e-mail informing I still need August Cash App activity screenshots | 0.20 | $150.00 | $30.00 |
| Service | JC | 08/25/2023 | Reviewed e-mail from debtor informing he could not get a statement from Cash App; called debtor and walked him through obtaining screenshots of activity | 0.10 | $150.00 | $15.00 |
| Service | JC | 08/28/2023 | Reviewed additional bank statements submitted by debtor via e-mail; statements were submitted in jpeg format and converted to pdf; merged with existing documents; bank statement file was too big to upload; reorganized to acceptable size for transmitting; submitted bank, pay, tax, photo ID and SS card to trustee for meeting of creditors via Internet; organized in case file; drafted text message to debtor to discontinue submitting bank statements and pay | 0.40 | $150.00 | $60.00 |
| Service | JC | 08/28/2023 | Reviewed text message from debtor regarding discontinuing to send pay and bank; drafted reply that we have all we need | 0.10 | $150.00 | $15.00 |
| Service | TR | 08/31/2023 | Review: 23-01829-JAW Personal Financial Management Course (Certificate) Document# 15 | 0.10 | $350.00 | $35.00 |
| Service | TR | 08/31/2023 | Review: Proof of Claim 23-01829-JAW JPMorgan Chase Bank, N.A. Document # 4 | 0.10 | $350.00 | $35.00 |
| Service | JC | 09/09/2023 | Prepare and file certificate of compliance re: payment advices sent to Trustee | 0.10 | $150.00 | $15.00 |
| Service | JC | 09/12/2023 | Reviewed message from debtor requesting a call; called debtor, no voicemail, drafted text message to call me | 0.10 | $150.00 | $15.00 |

Invoice # 5350 - 09/25/2023

| Service | JC | 09/12/2023 | Telephone call from debtor regarding adding debt; drafted text message requesting creditor and debt information | 0.10 | $150.00 | $15.00 |
|---|---|---|---|---|---|---|
| Service | JC | 09/13/2023 | Reviewed two bills submitted by debtor via e-mail; drafted reply to send information requested for each debt | 0.10 | $150.00 | $15.00 |
| Service | TR | 09/14/2023 | Attend Ch 13 Meeting of Creditors | 0.90 | $350.00 | $315.00 |
| Service | JC | 09/14/2023 | Reviewed e-mail from debtor submitting new debt information; reviewed information to determine debts that are pre-petition; reviewed creditor matrix; drafted memo to JAC regarding adding pre-petition debt to bankruptcy; drafted reply memo to debtor that only pre-petition debt can be added | 0.20 | $150.00 | $30.00 |
| Service | TR | 09/14/2023 | Review: Proof of Claim 23-01829-JAW Capital One Auto Finance, a division of Capital On Document # 5 | 0.10 | $350.00 | $35.00 |
| Service | JAC | 09/15/2023 | Review and respond to email from JC | 0.10 | $350.00 | $35.00 |
| Service | JC | 09/15/2023 | Reviewed memo from JAC regarding adding debt to bankruptcy; drafted memo to GM to collect filing fee for same | 0.10 | $150.00 | $15.00 |
| Service | TR | 09/19/2023 | Review: Proof of Claim 23-01829-JAW LVNV Funding, LLC Document # 7 | 0.10 | $350.00 | $35.00 |
| Service | TR | 09/19/2023 | Review: Proof of Claim 23-01829-JAW LVNV Funding, LLC Document # 8 | 0.10 | $350.00 | $35.00 |
| Service | TR | 09/19/2023 | Review: Proof of Claim 23-01829-JAW Capital One N.A. Document # 6 | 0.20 | $350.00 | $70.00 |
| Service | TR | 09/25/2023 | Review and revise itemizations | 0.30 | $350.00 | $105.00 |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | | Attorney | 2.0 | $350.00 | $700.00 |
| Thomas Rollins | | Attorney | 3.1 | $350.00 | $1,085.00 |
| Jacki Curry | | Non-Attorney | 4.5 | $150.00 | $675.00 |
| Breanne McDaniel | | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Kerri Rodabough | | Non-Attorney | 0.2 | $150.00 | $30.00 |
| | | | | **Total** | **$2,525.74** |

# Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5350 | 10/25/2023 | $2,525.74 | $0.00 | $2,525.74 |
| | | | **Outstanding Balance** | **$2,525.74** |
| | | | **Total Amount Outstanding** | **$2,525.74** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



# INVOICE

Invoice # 5890
Date: 01/25/2024
Due On: 02/24/2024

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Christopher Michael Johnsen
1045 Flynt Dr Apt D2
Flowood, MS 39232

## 04938-Johnsen Christopher Michael

## Ch 13 - Christopher

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | TR | 09/25/2023 | Draft Fee Application | 0.30 | $350.00 | $105.00 |
| Expense | BB | 09/25/2023 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $29.60 | $29.60 |
| Service | TR | 09/25/2023 | Review declaration of mailing - attach to motion and file w/ court | 0.10 | $350.00 | $35.00 |
| Service | JC | 10/05/2023 | Drafted Amended Schedule/Matrix; drafted memo to JAC for her review and approval. | 0.20 | $150.00 | $30.00 |
| Service | JAC | 10/05/2023 | Review & approve amended schedules drafted by JC to add missing debt | 0.20 | $350.00 | $70.00 |
| Service | JC | 10/10/2023 | Reviewed memo from JAC approving Amended F, Matrix; drafted e-mail via Panda Docs to obtain debtor's signature on Amended F/Matrix | 0.10 | $150.00 | $15.00 |
| Expense | JC | 10/12/2023 | Postage: Sending Notice of Amendment to Methodist Rehab | 1.00 | $0.63 | $0.63 |
| Expense | JC | 10/12/2023 | Pleadings Filing Fee: Filing fee to add Methodist Rehab Center | 1.00 | $32.00 | $32.00 |
| Service | JC | 10/12/2023 | Reviewed Amended Schedule F executed by debtor received via e-mail from Panda Docs; redrafted through Citrix and filed; drafted Notice of Amendment; reviewed Meeting of Creditors and Plan to attach to Notice ; filed Notice with attachments and prepared same along with envelope for | 0.50 | $150.00 | $75.00 |

Invoice # 5890 - 01/25/2024

|  |  |  | mailing |  |  |  |
|---|---|---|---|---|---|---|
| Service | TR | 10/13/2023 | Review: Proof of Claim 23-01829-JAW Citibank, N.A. Document # 9 | 0.10 | $350.00 | $35.00 |
| Service | TR | 10/17/2023 | Review docket for confirmation | 0.10 | $350.00 | $35.00 |
| Service | TR | 10/25/2023 | Review: 23-01829-JAW Order on Application for Compensation Document #24 | 0.10 | $350.00 | $35.00 |
| Service | TR | 10/25/2023 | Review: 23-01829-JAW Order Confirming Chapter 13 Plan Document #23 | 0.10 | $350.00 | $35.00 |
| Service | TR | 10/25/2023 | Review claims register and compare to the Plan to determine if additional claims are needed - none needed | 0.10 | $350.00 | $35.00 |
| Service | JC | 01/12/2024 | Reviewed e-mail from debtor inquiring when his employer will start withholding plan payments; reviewed wage order; drafted reply e-mail attaching wage order and informing him to get it to his employer; debtor inquired about adding debt; informed him of the process of adding only debts incurred before filing. | 0.20 | $155.00 | $31.00 |
| Service | TR | 01/25/2024 | Review and revise itemizations | 0.10 | $360.00 | $36.00 |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 0.2 | $350.00 | $70.00 |
| Thomas Rollins | Attorney | 0.1 | $360.00 | $36.00 |
| Thomas Rollins | Attorney | 0.9 | $350.00 | $315.00 |
| Jacki Curry | Non-Attorney | 0.2 | $155.00 | $31.00 |
| Jacki Curry | Non-Attorney | 0.8 | $150.00 | $120.00 |
| | | | **Total** | **$634.23** |

# Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5350 | 10/25/2023 | $2,525.74 | $0.00 | $2,525.74 |

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5890 | 02/24/2024 | $634.23 | $0.00 | $634.23 |
| | | | Outstanding Balance | $3,159.97 |
| | | | Total Amount Outstanding | $3,159.97 |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.